... Imperial, Imperium IP Holdings v. Samsung Electronics, and again, start with Mr. Edel. Thank you, Your Honors, and may it please the Court. For the 2.9.0 patent, the Board erroneously adopted Samsung's motivations for obviousness. Prior to the 2.9.0 patent, CMOS sensors connected to processors using either a single-ended interface or a differential interface. The 2.9.0 invention was the first CMOS sensor that connected using a selective interface circuit for data transmission. A helpful way to think about single-ended and differential interfaces, Your Honors, and the contrast between them is a bicycle and a race car. Single-ended, like a bicycle, is slow but cheap. Differential, like a race car, is fast but expensive. In essence, Samsung argues that combining a bicycle and a race car would have been obvious because one could do it. But the proper question is whether a skilled artisan would have been motivated to do so. And the answer is no. Samsung's three motivation theories are cost, performance, and versatility. If you look at cost, they argue that the prior art expressed concerns over cost and using interfaces. But cost can't be a motivation here because if cost is a concern, one would use the cheaper bicycle, the single-ended interface. Samsung has failed to show that using a selectable interface would be cheaper than using the cheaper, simpler bicycle, the single-ended. Without such evidence, the board cannot rely on cost as a motivation to use the more expensive, complicated selective interface circuit and add that to the primary references. Is cost really that, I don't know, cabined as a notion? If you had a very much less versatile circuit and the cost, I would think, in trying to serve a number of different needs would be the cost of one circuit that could, comparing the cost of one circuit that could serve a variety of needs versus the cost of multiple different circuits to serve the variety of needs. So the fact that one is cheaper than the other doesn't account for the fact that you may need lots of the singlets. Well, actually, Your Honor, if we look at Yumita and the 290 patent, Yumita is one of the primary references. The column one that Samsung relies on for the cost premise speaks to the fact that the main cost issue relates to the amount of pins that are used to connect the sensor to the processor. You equate the cost and the number of pins. And that the number of pins, as it goes up, the bigger the chip area, the higher the cost. That is Samsung's motivation theory on cost. But all that evidence points to is using the cheaper bicycle, using the single-ended interface, which both parties agree provides the minimal amount of pins. Samsung, in its own briefing, says that you can transmit data using a single pin with a single-ended interface. And it was Samsung's burn to show that the primary references would want to use these more costly and more pin-based selective interface circuits. And that has not been shown here. Well, the board relied on multiple combinations, right? Yes, Your Honor, but the idea of this pin count issue on cost is true, is intrinsically true for all sensors. And so there's no discussion in the secondary references of Rho and Toshiba that any sort of increase in cost would justify the throughput that could supposedly be used with a selective interface. Well, I've got to say I'm a little confused here. My understanding is that Rho and Toshiba suggest that it would be useful to have both single and dual approaches to this. But it doesn't, those references don't say how to do it. And what the board found was that Yamada and Sears showed how to do that so that you had the choice between the single and dual. And that that would be the motivation to combine so that you would have the ability to do the things that Rho and Toshiba say is desirable. Am I misunderstanding it?  Your Honor, I mean, like a lot of inventions, the elements are already out there in the prior art. We have to look at now motivation. Wait, wait, wait. What's wrong with what I said? So both the board and Samsung, their motivation theories focus solely on the design needs of Yamada and Sears. Every single site to motivation refers to motivations coming from... I'm sorry. I don't think you're addressing what I said. What I said was that Rho and Toshiba said it would be desirable to be able to have either a single or a dual approach here because, you know, some systems use one, some use another. Correct? No, Your Honor. That's not what the board or Samsung relies on for the motivation. While it's intrinsically true that... What I said is true, isn't it? It is true that that's what those references teach, but that's not what the board relies on for its analysis. Well, are you saying that the board was wrong when it said that you could increase Sears' throughput by use of Toshiba or Rho? It's wrong as a technical matter. Again, this is why speculation on the board is so harmful here because there's nothing in the evidence that shows that the type of... That's debating a factual finding of the board, right? Yeah, Your Honor, but... Yes, Your Honor, you're correct. But if we look at what's actually in the art, Yumida and Sears already provide systems that operate. There's nothing in the teachings that show that the addition of the secondary references interfaces provides a net benefit. And those are the image sensor systems, and then Rho and Toshiba are the ones that have the paired single line and differential line circuit. And the whole idea is why not use those circuits in the image sensors of the other two? Yes, Your Honor, the board fell into the trap of why not? Why not do this? But it would still provide the alternative circuits that were disclosed in Yumida and Sears, right? Those two references set here, you know, you can have a chip that provides the two alternatives, right? The single or the dual. You're absolutely right, Your Honor. That's what the secondary references teach. Okay, so what the board said, if I understand correctly, is that it would have been obvious to combine one of those two approaches with the primary references in order to offer this alternative. But the rationale for the benefits alternative are... That's correct, right? Was I correct? Yes, Your Honor. But the actual logical underpinnings the board used were the cost, performance, and versatility. Right, and then they cited to testimony from SAMHSA's expert to support that conclusion. Even if you submitted alternative evidence, how do we get around the fact that the board made that specific finding a fact? The reason is, Your Honor, if you look at versatility. So versatility argued what SAMHSA argues for the first time... You can either use the single or the double approach, right? That's certainly SAMHSA's position, yes, Your Honor. Yeah, and that's what the board said, right? Yes, but if we... Yes, and I'll address that issue why that's substantially wrong. But if we take a step back and look at SAMHSA's red brief, SAMHSA argues for the first time there that there is a tension between the benefits of saving on cost on the one hand versus the benefits of versatility on the other. But this shows why versatility cannot be a motivation. Because SAMHSA has failed to show that the benefits to versatility outweigh the resulting increase in cost from using this more expensive selective interface circuit. Because Samsung failed to show that there's a net benefit economically to use these more expensive selective interface circuits, there's no justification for using these based on versatility. Well, that's assuming that things like increased compatibility versus versatility and throughput are not intrinsically valuable if they might also increase cost to some extent. I mean, sometimes if you get better performance, you don't mind if there's an increase in cost. And I think the court's In re Schweiker decision is instructive here, Your Honor. Because in that case, all that the primary reference lacked was a memory that was selectable between locking and unlocking. And the secondary references taught this feature. But here the court reversed because there was no showing that the added functionality or versatility from this locking selection added, to quote Your Honor, any – it would do little more than add unwanted cost and complexity to the system. That's exactly what's going on here. No, it's not what's going on here. It's not unwanted versatility. It's wanted versatility. And that brings me to what I preluded to, Your Honor, addressing the actual merits of the facts on versatility. So if we actually look at Samsung's facts on versatility, they don't show motivation because the versatility that is relied on comes from the Yumita reference, the column one of Yumita, and column one and two, excuse me, of Yumita, where Yumita discusses that in the prior art there was an issue where the functionality for these sort of video processors were external to CMOS sensors. They were on the user's computer. And the versatility that Yumita desires is moving and migrating all these different functionalities for video processing and putting those onto a single chip. That sort of versatility doesn't relate at all to interface circuits, Your Honor, or how the data gets from the CMOS sensor to the processor. Are you saying the board was wrong in concluding that there was actually an industry demand to support both single and differential interfaces? Absolutely, Your Honor. The first person to recognize that were the inventors here of the 290 patent. There's nothing in the record, either from naked arguments by Dr. Baker or the actual references, that shows that there is a desire or market pressure to have these sort of selectable interface circuits incorporated into CMOS sensors. The first person to realize this benefit were the inventors of the 290 patent. Did you just say that their witness, Dr. Baker, made this assertion that you think he didn't have support for it? I know, Your Honor. What I was trying to say is there is no evidence coming from or rationales coming from Dr. Baker that addressed this market need or pressure point. What Dr. Baker did in his analysis was look at each one of these motivations in a nutshell and talks about the need to balance these. But it doesn't explain how this balance would provide a net benefit over the prior art, which already had CMOS sensors that used single interfaces and CMOS sensors that used differential interfaces. Without any showing that the versatility that Samsung asserts outweighs the added cost that using these sort of interfaces were left with the situation in Ray Schweikart, where there's no showing of any benefit to this supposed added functionality. But as I understand Dr. Baker's testimony, what he was saying is that the best balance of cost, throughput, and versatility came from this combination. So, cost isn't the only factor. So, why is that testimony so wrong that we should have to say that the board doesn't have sufficient evidence to support it given our differential standard of review? So, first, your honors, the summary of Dr. Baker's analysis is accurate. But Dr. Baker was looking at the cost benefit of including both a single-ended interface as well as a differential interface on the chip. But that presupposes that there was a need in the art for this. There's nothing in the actual references that talks about that there's added performance provided by including this sort of doubling up of a single-ended interface as well as a differential interface. There's nothing that shows that the primary references cannot use a purely single-ended interface. So, Dr. Baker's analysis on balancing is fundamentally flawed from the onset. And there's nothing that backstops that with any sort of cost analysis that compares the single-selective interface with a purely single-ended. Sorry, there's nothing in the analysis that looks at a selectable interface's cost versus using a purely single-ended interface. Without that sort of evidence... We're getting to your rebuttal time. Do you want to save the rest of it? Yes, your honor. Thank you. Mr. Pepe, is that it? Yes. May it please the court. The board here found four separate combinations render Claim 10 obvious. This court only needs to find one of those combinations supported by substantial evidence to affirm the board's decision. I want to take a step back for a moment because it's important to put Claim 1 into perspective to correct something that counsel stated at the beginning of his argument. He stated that it was the inventors of the 290 patent that first came up with and recognized the benefits of a selectable combined interface. An interface with a single-ended and differential signaling path. That's incorrect. Roe and Toshiba disclosed exactly that. That's what Claim 1 of the 290 patent is all about. A combined, selectable, single-ended, and differential interface. The board found that claim anticipated by Roe and Toshiba. And in Roe and Toshiba, they discussed the advantages to having single-ended and differential interfaces in one circuit. Claim 10, which is that issue here, simply takes this and they did not appeal Claim 1. Yeah, I forgot to ask about that reference to jurisdictional questions, but nobody's appealed Claim 1, right? That's correct. It was in their notice of appeal. They chose not to brief it. They raised a jurisdictional issue that we disagree with. They could have argued it. They chose not to. Claim 1 is anticipated by Roe and Toshiba. What Claim 10 does is take this anticipated interface of Claim 1 and simply use it to connect an image sensor and an image processor. That's it. If you look in our brief on page 15, we show that the vast majority of the limitations of Claim 10 overlap identically with Claim 1. The only new limitations are a sensor and a processor. The board found it would be obvious with four separate combinations to take the Roe or Toshiba interfaces and use them in either the UNITA or SIRS imaging systems. And that is what's at issue here, is whether or not there was a motivation to make those four separate combinations. What's the best combination, do you think? In our view, they're all great combinations. It's like a waiter saying everything on the menu. Yes. SIRS and Roe is a simple combination to deal with. SIRS says we want a system that has high throughput, minimal cost. What Dr. Baker said and what the board agreed with is that if you use the interfaces of Roe or Toshiba, let's focus on Roe, you're going to get a high throughput interface that will have minimal cost. It looked at all of these factors. Why is it high throughput? It's high throughput because it has a differential interface. So the quote that I've referred back to that the board said is that Dr. Baker talked about this combination. I think it was SIRS and Roe or SIRS and Toshiba. But as having Dr. Baker said, it's the best combination of throughput, versatility, and cost. So he didn't necessarily say it was going to overall make the cost less, but he said you get the benefits without a lot of cost increase, as I read it. That's correct. There's a balancing here of all of these factors. Versatility was something that was specifically called out by the UNITA reference. So would you agree with your friend on the other side that it doesn't necessarily have an absolute reduction in cost? We believe it does because you're getting a highly versatile interface because it's compatible with both single-ended and differential. But you're getting a lower cost interface because you're combining those single-ended and differential interfaces into one circuit. Otherwise, if you had separate interfaces, a separate single-ended, separate differential, you would have at least three, possibly four or five pins. By combining them, you're down to two. You're down to two, which saves pin count. It saves cost. It saves package size. It saves chip size, which are all things that UNITA wants in an interface. That was presented by Dr. – Explain to me the relationship between pin count and these other benefits. So when you have multiple pins, the pin is a pretty large item on a circuit or on a chip. If you have to have three, four or five pins, the chip has to be bigger. The package size has to be bigger. By eliminating a pin, it doesn't sound like a lot, but it is significant because the pin takes up so much size within the chip. So going from three to two allows you to shrink that chip, shrink the package size, and save cost, save manufacturing cost. That was the beauty of Rho and Toshiba. By combining the single-ended and differential and eliminating – minimizing the pin count, you also got the versatility and high performance that UNITA wanted. UNITA says, give me high performance. Give me versatility. UNITA says, we want to be able to communicate single-ended signals. We want to be able to communicate differential signals. If you have separate single-ended, separate differential interfaces, that's going to cost money. It's going to be bigger. There's going to be more pins. If you just have a single-ended, like Hansel was suggesting, you're not going to get high performance. Single-ended is a bicycle. It's slow. Differential is fast. It's like a jet engine. By having both the bicycle and the jet engine in the same circuit, you're getting versatility. You're getting performance, while at the same time, you're getting a cheaper, smaller, less pin interface. That's the balancing that Dr. Baker did, and I could direct your attention to APX 3837, paragraph 114, where he specifically discusses the balancing of all these various factors. He talks about the fact that UNITA wants a circuit that has a reduced number of pins, but at the same time, it wants high versatility and high performance. What he says, and what the board agreed with, is that by balancing all these various needs, there would be a motivation to use Rho and Toshiba in the circuit of UNITA and Sears. Why? Because it meets all of those desires that UNITA is seeking. Same thing with Sears. Sears wants high throughput, it wants compatibility, and it wants low cost. You take Rho and Toshiba, which has the high throughput because it has a differential interface, it has low cost because it's combining the circuits into one and combining the pins, and you're increasing compatibility because you're going to be able to use single-ended signals as well as differential signals. What's your response to your friend's argument on the other side that there was no evidentiary basis for the board to conclude that there was an industry demand for this? That is presented in multiple locations, both in the petition as well as Dr. Baker's declaration. For example, APPX79, which is the petition. Hold on, let me focus you on 128 instead, APPX128. APPX128 and 129 talks about implementing Sears using Rho and Toshiba's interfaces, and it talks about, in 129, it talks about a POSITA, and I'm looking at the last paragraph, Your Honors, about halfway down. A POSITA also would have understood that even though the industry in April 1999 was trending toward differential interfaces, the industry also placed importance on the option for a single-ended interface to shore compatibility with existing devices that used single-ended interfaces. The industry demands to support both single-ended and differential interfaces while minimizing pin costs was a further motivation. Moreover, APPX860 talks again about, in fact, it's 861, talks about industry demands, and this is Dr. Baker's declaration. He says, and this is at the top in that first box about the fourth line, this substitution would have been obvious to try and would have been a simple design choice driven by market demands that would lead to predictable results with a reasonable expectation of success. So the record, and these are just two examples of where Dr. Baker and Samsung pointed to market pressures, pointed to design needs. I could point you to other locations. APPX901, 902 have similar statements about market demand and industry demands and market pressures. And finally, I believe also in APPX3841, there's additional discussion there. So I just pointed you to a few, but there are others within the record which show and support that. One other statement that was made by my colleague here that I have to address more thoroughly was this notion of only a single-ended interface could have been used, and that would have been the lower cost. And again, circling back to my point earlier, just using a single-ended interface looks at cost in isolation without considering all the other desires and demands that Yamita and Sears were looking for. You can't just look at cost alone. As Judge O'Malley pointed out, our expert, our petition, talks about looking at all of these factors, looking at it holistically, balancing all of them. And when you look at them as a whole, just using a purely single-ended interface would not meet any of the other goals. It's not the ideal interface to be used for Yamita and Sears. There's no motivation to use just purely single-ended. Yamita and Sears want versatility. They want performance. They want low cost. We can get all these factors, Rho and Toshiba, meet them, and that's the motivation to combine. Unless there's other questions? Okay, thank you, Mr. Pepe. Mr. Adelman? Your Honors, my friend focuses on performance and throughput from Sears, so that's where I'd like to start our discussion here. There is no performance gain from using a single-selected interface circuit over using standard circuits because a differential interface provides the same performance as a dual-use interface. So the premise that there was a trend in the art toward higher performance doesn't get us to a motivation. If there's a desire for higher performance, you use a standard off-the-shelf interface, the differential interface. So the idea that there are market trends in the art does not support Samsung's position. The 2.9.0 patent, like many inventions, is novel because it's counterintuitive. It's counterintuitive to use a selectable interface in these sort of CMOS sensors because the prior art focused on when you needed performance, you used a differential interface. But those have higher costs than a single-ended interface. The 2.9.0 inventors were the first to recognize that this counterintuitive combination of a CMOS sensor with a selectable interface provides a justifiable benefit. All the evidence that the board and Samsung point to look at these naked ideas of cost, performance, and versatility. They don't look at them together and actually show that the added benefit to versatility outweighs the detrimental impact it has on higher costs. Okay, Mr. Edel. Thank you. We're out of time. Thank both counsel. The case is submitted.